■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMISHA MACK, Appellant. (Appeal No. 2.) [830 NYS2d 682]—

Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered June 2, 2005. The judgment convicted defendant, upon her plea of guilty, of assault in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Mack* (38 AD3d 1292 [2007]). Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.